NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PANTHER TRACE HOMEOWNERS
ASSOCIATION, INC.,

      Appellant,

v.                                                                         Case No.  2D17-4676

THOMAS THOMPSON; DEIDRE
THOMPSON; and DEUTSCHE BANK
NATIONAL TRUST CO., as trustee
for the registered holders of New
Century Home Equity Loan Trust,
Series 2005-B Asset Backed Pass-
Through Certificates,

      Appellees.

Opinion filed January 9, 2019.

Appeal from the Circuit Court for
Hillsborough County; Sandra Taylor,
Senior Judge.

Leslie M. Conklin, Clearwater, for
Appellant.

Paul M. Messina, Jr. and Michelle M.
Gervais of Blank Rome LLP, Tampa, for
Appellee Deutsche Bank National Trust
Co.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.

LaROSE, C.J., and KELLY and BLACK, JJ., Concur.